dismissing the complaints, entered on a jury verdict. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ Dora Winokur, Respondent, v. Herman Smith et al., Appellants, et al., Defendants.— In an action to foreclose a transfer of tax lien, the appeal is from an order granting respondent's motion for summary judgment striking out appellants' answer and to appoint a referee to compute the amounts due on the lien. Order reversed, with $10 costs and disbursements, and motion denied. Questions of fact are presented which require a trial. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

## (February 24, 1958)

■ Harry Fine, Appellant, v. Long Island Lighting Company et al., Respondents, et al., Defendant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Accounting of Franklin J. Lapeire et al., as Executors of William J. McKay, Deceased, Appellants. Alice E. Lapeire, Appellant; Ruth J. McKay, Respondent.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of Salvatore Perricone, Petitioner, against New York State Commission Against Discrimination et al., Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act dismissed, with $50 costs and disbursements. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ In the Matter of Walter Salomon, Respondent. Justine L. Lambert, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ Annabelle Miller, Respondent, v. Surf Properties, Inc., Doing Business as Belmar Hotel of Miami Beach, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Stay granted until 30 days after the entry of the order hereon to enable appellant, if so advised, to apply to the Court of Appeals for a stay pending the hearing and determination of the appeal in that court. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ The People of the State of New York, Respondent, v. James Cannata, Appellant.— Motion for reargument denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ Sam Scott, Doing Business as Aluminum and Stainless Steel Products, Respondent, v. Carol W. Erdman, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ John Cooney, Respondent, v. Long Island Lighting Company, Defendant and Third-Party Plaintiff-Appellant. New York Telephone Company, Third-Party Defendant-Respondent.— Action against the Long Island Lighting Company by an employee of the New York Telephone Company to recover damages for personal injuries, alleged to have been received from an electrical shock when the employee came in contact with high tension lines of the Lighting Company while he was servicing a telephone line. The